| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Thompson, Myron H | 2. Court or Organization<br>USD/MD/Alabama | 3. Date of Report<br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>One Church Street<br>P. O. Box 235<br>Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Judicial Advisory Board of the George Mason Law & Economics Center |
| 2. | Member | Federal Judges Association Board of Directors |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 12 12:24 PM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thompson, Myron H | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Stanford Law School | 2-9-04 - Palo Alto, CA - Non-FJS educational seminar (food, lodging, and transportation) |
| 2. | Association of Trial Lawyers of America | 2-14-04 - Orlando, FL - Non-FJS educational seminar (food, lodging, and transportation) |
| 3. | Yale Law School | 3-1-04 - New Haven, CT - Non-FJS educational seminar (food, lodging, and transportation) |
| 4. | Federal Judges Association | 5-15-04 - Washington, D.C. - Activity of Professional Association (food, lodging, and transportation) |
| 5. | George Mason Law School | 10-29-04 - Alexandria, VA - Non-FJS educational seminar (food, lodging, and transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Myron H | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. House site at Martin Dam, Elmore County, AL | | None | L | W | | | | | |
| 2. Rental Property #1 Dothan, AL | A | Rent | | | sell | 10/01 | J | A | Lawrence Keener |
| 3. Rental Property #2 Dothan, AL | A | Rent | | | sell | 10/01 | J | A | Lawrence Keener |
| 4. Rental Property #3 Dothan, AL | A | Rent | | | sell | 10/01 | J | A | Lawrence Keener |
| 5. Rental Property #4 Dothan, AL | A | Rent | | | sell | 10/01 | J | A | Lawrence Keener |
| 6. Property #5, Tuskegee, AL (1/2 int.) Mortgage Note | A | Interest | K | W | | | | | |
| 7. Morgan Stanley Dean Witter (IRA) (filer | | see attached | | | | | | | |
| 8. Morgan Stanley Dean Witter (IRA) ▇▇▇ | | see attached | | | | | | | |
| 9. Morgan Stanley Dean Witter (Education IRA) (dep) | | see attached | | | | | | | |
| 10. Morgan Stanley Dean Witter (Education IRA) (dep) | | see attached | | | | | | | |
| 11. Morgan Stanley Dean Witter (Education IRA) (dep) | | see attached | | | | | | | |
| 12. Morgan Stanley Dean Witter (filer) | | see attached | | | | | | | |
| 13. Waddell & Reed (General Investment) (filer) | | see attached | | | | | | | |
| 14. Regions Bank (Savings) (filer) | A | Interest | L | T | | | | | |
| 15. Regions Bank (IRA Annuity ▇▇▇ Security Benefit | A | Dividend | | | sell | 03/04 | J | A | |
| 16. Waddell & Reed (IRA) (filer): United Science & Technology | | None | | | sell | 03/04 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

FINANCIAL DISCLOSURE REPORT 2004--attachment
Name of Person Reporting: Thompson, Myron H.
Date of Report: May 11, 2005

## VII. INVESTMENTS and TRUST -- income, value, transactions

| A. DESCRIPTION OF ASSET | B. INCOME | | C. GROSS VALUE | | D. TRANSACTIONS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value | (4) Gain | (5) Identity |
| 7a MSDW American Opportunities B | A | Div. | J | T | Buy | 03/04 | J | | |
| 7b MSDW Dividend Growth B | A | Div. | | | Sell | 03/04 | J | A | |
| 7c Ing Int'l Value B (formerly Pilgrim Int'l Value B) | A | Div. | J | T | Buy | 03/04 | J | | |
| 7d Allianz AG ADR | A | Div. | J | T | Buy | 03/04 | J | | |
| 7e Andrx CP-Andrx Gr | A | Div. | J | T | Buy | 03/04 | J | | |
| 7f Friedman Billing Ramsey Reit | A | Div. | J | T | Buy | 03/04 | J | | |
| 7g Ishares Russell 3000 Index Fd | A | Div. | J | T | Buy | 03/04 | J | | |
| 7h Videsh Sanchar Nigam New ADR | A | Div. | J | T | Buy | 03/04 | J | | |
| 7i MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| | | | | | | | | | |
| 8a MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| 8b Ameri. Fds. Inves. Co. of Am. | A | Div. | | | Sell | 03/04 | J | A | |
| 8c MSDW American Opportunities B | A | Div. | | | Sell | 03/04 | J | A | |
| 8d Ing Int'l Value B | A | Div. | | | Sell | 03/04 | J | A | |
| 8e Ishares Russell 3000 Index Fd | A | Div. | J | T | Buy | 03/04 | J | | |
| 8f Alliance Cap Mgmt Hldg LP | A | Div. | J | T | Buy | 03/04 | J | | |
| | | | | | | | | | |
| 9a MSDW Next Generation Trust B | A | Div. | | | Sell | 03/04 | J | A | |
| 9b MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| 9c Ishares Russell 3000 Index Fd | A | Div. | J | J | Buy | 03/04 | J | | |
| | | | | | | | | | |
| 10a MSDW Next Generation Trust B | A | Div. | | | Sell | 03/04 | J | A | |
| 10b MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| 10c Ishares MSCI Taiwan Index Fd | A | Div. | J | T | Buy | 03/04 | J | | |
| | | | | | | | | | |
| 11a MSDW Next Generation Trust B | A | Div. | | | Sell | 03/04 | J | A | |
| 11b MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| 11c Ishares MSCI Taiwan Index Fd | A | Div. | J | T | Buy | 03/04 | J | | |
| | | | | | | | | | |
| 12a Ing Int'l Value B | A | Div. | | | Sell | 03/04 | J | A | |
| 12b MSDW American Opportunities B | A | Div. | | | Sell | 03/04 | J | A | |
| 12c MSDW Liquid Asset Fund | A | Div. | J | T | Buy | 12/31 | J | | |
| 12d Intel | A | L.v. | J | T | Buy | 12/31 | J | | |
| 12e Microsoft | A | Div. | J | T | Buy | 12/31 | J | | |
| 12f Amazon | A | Div. | J | T | Buy | 12/31 | J | | |
| 12g Home Depot | A | Div. | J | T | Buy | 12/31 | J | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12h Andrx CP-Andrx Gr | A | Div. | J | T | Buy | 03/04 | J | | |
| 12i Colgate Palmolive Co. | A | Div. | J | T | Buy | 03/04 | J | | |
| 12j General Electric Co. | A | Div. | J | T | Buy | 03/04 | J | | |
| | | | | | | | | | |
| 13a United Science & Technology A | None | None | | | Sell | 03/04 | J | A | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature          Date 5/11/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544